## Commonwealth *v.* Fetter, Appellant.

Before BERTOLET, J.

Submitted September 9, 1974. *Jerome R. Smith,* for appellant; *Grant E. Wesner,* Deputy District Attorney,

and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.